UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                        **ORDER**
                           Criminal File No. 08-254 (MJD/JJK)

(1) MICHAEL ANDREW GROSS,

      Defendant.
_____

William J. Otteson, Assistant United States Attorney, Counsel for Plaintiff.

Steven J. Meshbesher, Meshbesher & Associates, PA, Counsel for Defendant.
_____

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 19, 2008. [Docket No. 87] Both Plaintiff and Defendant filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record, including all transcripts filed and all exhibits submitted to the Court. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based

upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated December 19, 2008 [Docket No. 87].

2. Defendant's Motion to Suppress Evidence Obtained by Search and Seizure [Docket No. 34] is **DENIED**.

3. Defendant's Motion to Suppress Statements [Docket No. 61] is **GRANTED**.

Dated:  February 19, 2009                     s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court